In the Matter of the Marriage of

JOHANSEN,
*Appellant,*
*and*
JOHANSEN,
*Respondent.*

(No. 114,381, CA 18781)

635 P2d 1030

Jossi Davidson, Silverton, argued the cause and filed the brief for appellant.

Arthur B. Cummins, Jr., Salem, argued the cause for respondent. With him on the brief was Rhoten, Rhoten & Speerstra, Salem.

Before Joseph, Chief Judge, and Warden and Warren, Judges.

PER CURIAM

## PER CURIAM

The only issue meriting consideration in this appeal is whether the trial court properly fixed child support under the standards in *Smith v. Smith,* 290 Or 675, 626 P2d 342 (1981). In the briefs and at oral argument the court was informed that there is now pending in the trial court a proceeding in respect to the support provisions of the decree. We therefore decline to exercise our power of *de novo* review.

Affirmed. Costs to respondent.